# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CHERYL WHITE,** | ) | CASE NO. 1:17-cv-02439 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| **POWERS FRIEDMAN LINN, PLL,** | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cheryl White and Defendants Powers Friedman Linn, PLL, and PFL, LLC by and through their respective undersigned counsel, agree and stipulate that all of the claims that Plaintiff has asserted against Defendants in the above captioned action be dismissed in their entirety, with prejudice. Each party is to bear its own costs, expenses and attorney's fees.

Case: 1:17-cv-02439-CAB  Doc #: 18  Filed: 04/11/18  2 of 2.  PageID #: 130

Respectfully submitted,

| | |
|---|---|
| /s/ Gregory S. Reichenbach | /s/ Lori E. Brown |
| **GREGORY S. REICHENBACH (0077876)** | **TIMOTHY T. BRICK (0040526)** |
| P.O. Box 711 | **LORI E. BROWN (0071480)** |
| Perrysburg, OH 43552-0711 | **GALLAGHER SHARP LLP** |
| Phone: (419) 529-8300 | Sixth Floor, Bulkley Building |
| Fax: (419) 529-8310 | 1501 Euclid Avenue |
| Greg@ReichenbachLaw.com | Cleveland, OH 44115 |
| *Counsel for Plaintiff Cheryl White* | Phone: (216) 241-5310 |
| | Fax: (216) 241-1608 |
| | tbrick@gallaghersharp.com |
| | lbrown@gallaghersharp.com |
| | *Counsel for Defendant Powers Friedman Linn, PLL* |

| | |
|---|---|
| /s/ Edward A. Icove | /s/ Mattew B. Bryant |
| **EDWARD A. ICOVE (0019646)** | **MATTHEW B. BRYANT (0085991)** |
| Icove Legal Group Ltd | Bryant Legal, LLC |
| Terminal Tower, Suite 3220 | 3450 W Central Ave., Suite 370 |
| 50 Public Square | Toledo, OH 43604 |
| Cleveland, OH 44113 | Phone: (419) 824-4439 |
| Phone: (216) 802-0000 | Fax: (419) 932-6719 |
| Fax: (216) 802-0002 | mbryant@bryantlegalllc.com |
| ed@icovelegal.com | *Counsel for Plaintiff Cheryl White* |
| *Counsel for Plaintiff Cheryl White* | |

/s/ Brent S. Silverman
**ANDREW S. GOLDWASSER (0068397)**
**BRENT S. SILVERMAN (0062859)**
**ROBERT A. WEST, JR. (0078379)**
Ciano & Goldwasser, LLP
101 Prospect Avenue, W., Suite 1600
Cleveland, Ohio 44115
Phone: (216) 658-9900
Fax: (216) 658-9920
asg@c-g-law.com
bss@c-g-law.com
rwest@c-g-law.com
*Counsel for Defendant PFL, LLC*

IT IS SO ORDERED.
s/ Christopher A. Boyko

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE